**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Criminal Action No. 09-cr-00530-CMA

UNITED STATES OF AMERICA,

      Plaintiff,

v.

AUDRA MONIQUE PARMER,

      Defendant.

---

**ORDER EXONERATING BOND**

---

      As a result of the agreement for pretrial diversion, all the conditions of an appearance bond imposed by the court as a pretrial matter to secure Defendant's release, pursuant to 18 U.S.C. § 3142(c), have been satisfied. Accordingly, it is

      ORDERED that the bond in this case is hereby exonerated and the surety or sureties, if applicable, are released. It is further

      ORDERED that the bail funds or property deposited into the registry of the court shall hereby be released by the clerk of the court, or a designated deputy, to the surety of the Defendant.

      DATED: February  01 , 2010

                                    BY THE COURT:

                                    _____
                                    CHRISTINE M. ARGUELLO
                                    United States District Judge